IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAMARCUS DEMOND PHILPOT, ) | |
| AIS #221354, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:03cv986-T |
| ) | |
| JAMES DELOACH, *et al.,* ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On 19 October 2005, the Magistrate Judge filed a Recommendation (Doc. #26) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1.	That the Recommendation be and is hereby adopted;

2.	That the petition for habeas corpus relief filed by Lamarcus Demond Philpot on 26 September 2003 is DENIED; and

3.	That this case be and is hereby DISMISSED with prejudice.

Done this the 10th day of November, 2005.

                                                        /s/ Myron H. Thompson
                                               UNITED STATES DISTRICT JUDGE